**Order entered February 1, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-16-01341-CR
No. 05-16-01342-CR
No. 05-16-01343-CR

**JORDAN DAVIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-15543-Q, F14-15544-Q & F15-45428-Q**

## ORDER

The clerk's record in appellate cause number 05-16-01342-CR (trial court cause number F14-15544-Q) was filed December 30, 2016. After reviewing the record, we note it does not contain the trial court's October 31, 2016 judgment. We **ORDER** the Dallas County District Clerk to file, within **TEN DAYS** of the date of this order, a supplemental clerk's record containing the trial court's judgment. *See* TEX. R. APP. P. 34.5(a)(5).

/s/    ADA BROWN
        JUSTICE